# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WESLEY DAVID PERONE** : | **CIVIL ACTION** |
| : | |
| **v.** : | |
| : | |
| **ROBERT J. MARSH, THE DISTRICT** : | |
| **ATTORNEY OF THE COUNTY OF** : | |
| **LEHIGH and THE ATTORNEY GENERAL** : | |
| **OF THE STATE OF PENNSYLVANIA** : | **NO. 19-5405** |

## ORDER

**NOW**, this 27th day of July, 2021, upon consideration of the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus By A Person in State Custody (Doc. No. 1), the response to the Petition, and the Report and Recommendation filed by United States Magistrate Judge Henry S. Perkin (Doc. No. 19) , and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Henry S. Perkin is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of *Habeas Corpus* is **DISMISSED WITH PREJUDICE**; and,

3. There is no probable cause to issue a certificate of appealability.

/s/ TIMOTHY J. SAVAGE J.